# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Diane Beverly Siguenza,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:09cv252

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2012 Order.

        Signed: July 13, 2012

*[signature]*

Frank G. Johns, Clerk
United States District Court