# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Diane Beverly Siguenza,

    Plaintiff(s),            JUDGMENT IN A CIVIL CASE

vs.                                            3:09cv252

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2012 Order.

                                      Signed: July 13, 2012

                                      Frank G. Johns, Clerk
                                      United States District Court